UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO JESUS PONCE,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BILL LANE, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:21-cv-00028-JDP (PC)<br><br>Case No.  2:21-cv-00031-JDP (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CONSOLIDATE THE COMPLAINTS AND TO ADMINISTRATIVELY CLOSE CASE NO. 2:21-cv-00031-JDP |
| PABLO JESUS PONCE.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BILL LANE, *et al.*,<br><br>　　　　　Defendants. | |

　　　The above captioned cases were opened when plaintiff submitted to the court, in two separate envelopes, a single complaint.  The first envelope contained an application to proceed *in forma pauperis* and the fifth and sixth pages of plaintiff's complaint, which were filed in *Ponce v.*

1

*Lane*, 2:21-cv-00028-JDP.  The first four pages of the complaint were contained in the second envelope and were filed in a new case—*Ponce v. Lane*, 2:21-cv-00031-JDP.  As a result of plaintiff's decision to divide his complaint into two separate submissions, the court opened two separate cases; a single case is appropriate.

Accordingly, it is hereby ORDERED that:

1. the Clerk of Court consolidate the two complaints filed in 2:21-cv-00028-JDP and 2:21-cv-00031, and file the consolidated complaint in 2:21-cv-00028-JDP; and

2. the Clerk of Court administratively close *Ponce v. Lane*, 2:21-cv-00031-JDP.

The court will screen the complaint in due course once it has been correctly filed.

IT IS SO ORDERED.

Dated:    April 7, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2